UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SAMARA MANNS,

        Plaintiff,

        v.                                 Case No. 19-C-1800

GRIESBACH READY-MIX LLC,

        Defendant.

---

## ORDER

---

    Plaintiff Samara Manns filed this action against Defendant Griesbach Ready-Mix LLC, alleging violations of the Fair Labor Standards Act (FLSA) and Wisconsin's Wage Payment and Collection Law claims. Alicia Reyes filed a consent form to assert her FLSA overtime claims in this action. The parties have entered into a full settlement agreement of the FLSA and state law claims and have requested court approval of their settlement. The court has reviewed the settlement agreement attached to the joint motion for approval and hereby finds that the settlement represents a fair and reasonable resolution of the bona fide dispute over the alleged violations of the FLSA.

    **IT IS THEREFORE ORDERED** that the joint motion for settlement approval (Dkt. No. 17) is **GRANTED**.

    Dated at Green Bay, Wisconsin this 10th day of April, 2020.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach, District Judge
                                                  United States District Court